Clarence Randle, Plaintiff-Appellant, v. James Adams, Defendant-Appellee.

Gen. No. 48,525.

First District, Second Division.

February 23, 1962.

Lisco and Field, of Chicago (Robert F. Lisco, of counsel), for appellant; George F. Barrett, of Chicago (E. J. Garbutt, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**